IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
AT JACKSONVILLE

FILED
2018 SEP 19 PM 3:36

| | |
|---|---|
| KRISTEN MASOUDIPOYA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 3:18-zv-1131-J-39 OBT |
| ) | |
| PIVOTAL PAYMENT, INC., d/b/a, ) | |
| CAPITAL PROCESSING NETWORK, ) | |
| ) | |
| Defendant. ) | |

## NOTICE OF REMOVAL

PLEASE TAKE NOTICE that Defendant Pivotal Payment, Inc., d/b/a Capital Processing Network ("Pivotal")[1], by and through its undersigned counsel, has removed the state court action styled *Kristen Masoudipoya v. Pivotal Payment, Inc., d/b/a Capital Processing Network*, Docket No. 2018-CA-5550, filed in the Circuit Court of the Fourth Judicial Circuit in and for Duval County, Florida, to this Court, pursuant to 28 U.S.C. §§ 1331, 1441, and 1446. As grounds, Defendant Pivotal states as follows:

A.   **State Court Proceedings**

1.   Plaintiff Kristen Masoudipoya commenced this action in the Circuit Court for Duval County, Florida, by filing a Complaint for Injunctive Relief, Damages and Demand for Jury Trial (the "Complaint"), on August 14, 2018. A true copy of the Complaint is attached hereto as **Exhibit A**.

2.   No further proceedings have taken place in this action in the Circuit Court for Duval County, Florida.

---

[1] The Complaint inadvertently identifies Defendant as Pivotal Payments, Inc., rather than Pivotal Payment, Inc.

4842-8034-0851.1

3.     Plaintiff served Defendant Pivotal on August 30, 2018.

**B.     Removal Is Timely And This Court Has Jurisdiction Pursuant To 28 U.S.C. §§ 1331 and 1446**

4.     Defendant Pivotal was served with the Complaint, and Pivotal's receipt of a copy of the Complaint, was within the last thirty (30) days. Accordingly, the removal of this action is timely, pursuant to 28 U.S.C. §§ 1441 and 1446.

5.     This case has been properly removed to this Court, pursuant to 28 U.S.C. §§ 1331 and 1441, because this action is one arising under the laws of the United States.

**C.     Defendant Credit One Has Satisfied The Procedural Requirements For Removal**

6.     The United States District Court for the Middle District of Florida at Jacksonville encompasses Duval County, Florida, in which this action was heretofore pending. Therefore, this action has been properly removed to this Court.

7.     Defendant Pivotal is the only defendant in this action.

8.     Pursuant to 28 U.S.C. § 1446(d), Defendant Pivotal has filed its Notice of Removal in this Court, and filed a copy of its Notice of Removal with the Clerk of the Circuit Court of The Fourth Judicial Circuit in and for Duval County, Florida, in which this action was heretofore pending, and served a copy of its Notice of Removal on parties to this action. Copies of these papers are attached hereto as **Exhibit B**.

9.     Pursuant to 28 U.S.C. § 1446(a), copies of the process, pleadings, and orders heretofore served in this action are attached hereto as **Exhibit C**.

10.     By filing this Notice of Removal, Defendant Pivotal does not waive, either expressly or impliedly, its respective rights to assert any defenses that it could have asserted in the Circuit Court for Duval County, Florida. Pivotal reserves the right to amend or supplement this Notice of Removal.

WHEREFORE, Defendant Pivotal has removed this action in its entirety from the Circuit Court of Duval County, Florida, to the United States District Court for the Middle District of Florida at Jacksonville, pursuant to 28 U.S.C. §§ 1331, 1441, and 1446.

Respectfully submitted,

/s/ Kevin J. Ware
Kevin E. Hyde (Florida Bar No. 0768235)
Dabney D. Ware (Florida Bar No. 95990)

FOLEY & LARDNER LLP
One Independent Drive
Suite 1300
Jacksonville, Florida 32201-5017
Telephone: (904) 359-2000
Facsimile: (904) 359-8700
Email: khyde@foley.com
dware@foley.com

*Attorneys for Defendant Pivotal Payment, Inc., d/b/a Capital Processing Network*

## CERTIFICATE OF SERVICE

I hereby certify that on September 19, 2018, a copy of the foregoing was served by email and regular mail U.S. mail to:

Ryan G. Moore, Esq.
First Coast Consumer Law
340 Third Avenue South, Suite A
Jacksonville Beach, Florida 32250-6767
Telephone:   (904) 242-7070
Facsimile:   (904) 242-7054
Email:   pleadings@firstcoastconsumerlaw.com

/s/ Kevin E. Hyde
Kevin E. Hyde (Florida Bar No. 0768235)
Dabney D. Ware (Florida Bar No. 95990)

FOLEY & LARDNER LLP
One Independent Drive
Suite 1300
Jacksonville, Florida 32201-5017
Telephone:   (904) 359-2000
Facsimile:   (904) 359-8700
Email:   khyde@foley.com
         dware@foley.com

*Attorneys for Defendant Pivotal Payment, Inc., d/b/a Capital Processing Network*