IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
AT JACKSONVILLE

| | | |
|---|---|---|
| KRISTEN MASOUDIPOYA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 3:18-cv-01131-BJD-JBT |
| | ) | Judge Davis |
| PIVOTAL PAYMENTS, INC., d/b/a, | ) | Magistrate Judge Toomey |
| CAPITAL PROCESSING NETWORK, | ) | Removed from the Circuit Court for Duval |
| | ) | County, Florida |
| Defendant. | ) | Docket No. 2018-CA-5550 |

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE OF
DEFENDANT PIVOTAL PAYMENTS, INC.**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff and Defendant Pivotal Payments, Inc., d/b/a Capital Processing Network ("Pivotal"), stipulate and agree that Plaintiff hereby dismisses its claims asserted against Pivotal with prejudice, with each party to bear its own fees and costs.

Respectfully submitted,


s/Ryan G. Moore
Ryan G. Moore, Esq.
First Coast Consumer Law
340 Third Avenue South, Suite A
Jacksonville Beach, Florida  32250-6767
Telephone:	(904) 242-7070
Facsimile:	(904) 242-7054
Email:		pleadings@firstcoastconsumerlaw.com

*Attorneys for Plaintiff*

and

s/Kevin E. Hyde (*with permission*)
Kevin E. Hyde (Florida Bar No. 0768235)
Dabney D. Ware (Florida Bar No. 95990)

FOLEY & LARDNER LLP
1 Independent Drive
Suite 1300
Jacksonville, Florida  32201-5017
Telephone:	(904) 359-2000
Facsimile:	(904) 359-8700
Email:		kyde@foley.com
		dware@foley.com

*Attorneys for Defendant Pivotal Payments, Inc.,
d/b/a Capital Processing Network*

4827-6025-4329.1